# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ignacio Licon

               V.                        **JUDGMENT IN A CIVIL CASE**

John Marshall, et al

                                                    CASE NUMBER:    05cv2389-LAB(BLM)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Petitioner's request for a certificate of appealability of Court's order denying him appointed counsel is denied as moot. The Court adopts the Report and Recommendation. Petitioner's implied request for leave to amend the Petition to add more specific allegations about poor communication is denied. The Petition is denied and dismissed with prejudice...................................................................

| May 24, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                             s/K. Johnson
                                                                             (By) Deputy Clerk

                                                                             ENTERED ON May 24, 2007